# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD DAVID SIMMONS, : | |
| *Plaintiff,* : | |
| : | |
| v.  : | CIVIL ACTION NO. 20-CV-4847 |
| : | |
| JANET SANTOSE FANO, *et al.*, : | |
| *Defendants.* : | |

## ORDER

AND NOW, this 14th day of January, 2021, upon consideration of Plaintiff Richard David Simmons's Amended Complaint (ECF No. 18) it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

                                              **BY THE COURT:**

                                        */s/ Gerald J. Pappert*
                                        **GERALD J. PAPPERT, J.**